United States District Court
Southern District of Texas

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

**ENTERED**

# UNITED STATES DISTRICT COURT

January 20, 2016
David J. Bradley, Clerk

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  15CR654-2 |
| | ) | |
| ABRAHAM JOSE SHIERA-BASTIDAS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX   -   JUDGE NANCY JOHNSON | Courtroom No.: | 700 |
|---|---|---|---|
| | | Date and Time: | 2/8/2016 at 10:00 A.M. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Jan 20, 2016

_____
*Judge's signature*

MARY MILLOY, U.S. MAGISTRATE JUDGE
*Printed name and title*