MAGISTRATE JUDGE_____MARY MILLOY_____
CASE MANAGER__CINDY JANTOWSKI_____ TAPE ERO __S. Guevara__
USPS / USPO__D. Hernandez____ INTERPRETER __None__
TIME __10:04   10:07__ A.M. | _____ P.M. _____   DATE __1/20/16__
     begin    end              begin       end

CR. NO. __15cr654__ USDJ __Miller__

UNITED STATES OF AMERICA
         vs.                                    __Robert Johnson__ AUSA

| Deft. No. | Deft. Name |
|---|---|
| 2 | Abraham Jose Shiera-Bastidas |

David Fetterman (R)
Dean Z. Pamphilis (R)
Don DeGabrielle (R)

add'l defts on reverse side                                    Appt - A,   Retd - R,   FPD - F

## ARRAIGNMENT

[✓] karr.        Arraignment held.       Arraignment held on superseding indictment.    Arraignment not held.
[✓] kcnsl.       Deft_____ first appearance with counsel.   Deft_____ appeared without counsel.
[ ] kwvindi.     Deft_____ Waiver of Indictment executed (for criminal information).
[✓] kpl.         Deft __✓__ enters a plea of not guilty. (ngpl)   Deft_____ enters a plea of guilty. (gpl)
[ ] kpl.         Deft_____ plea of guilty probable; pro forma plea of not guilty entered. (ngpl)
[ ] ...          Deft_____ rearraignment set _____ at _____ before Judge _____.
[ ] kwvspt.      Waiver of Speedy Trial executed.
[✓] kschedo.     Scheduling Order __✓__ issued w/cc to parties.   to be mailed.   not issued.
[ ] ...          Deft_____ Order for PSI setting Disclosure and Sentencing dates signed.  ~  PSI waived.
[ ] ksen.        Deft_____ sentencing set _____ at _____.
[ ] ...          Deft_____ failed to appear, bench warrant to issue.
[ ] ko.(bnd.)    Deft_____ bond  set  reduced to $ _____   Cash   Surety   10%
PR.
[ ] kbnd.        Deft_____ executed bond and released from custody.
[ ] ...          Deft_____ bond continued.
[✓] ...          Deft __✓__ remanded to custody.
[ ] knbhrg.      Deft_____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:   Case Manager for USDJ
           USPO (if PSI ordered)            see reverse