UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § | Criminal H 15-654-2 |
| Abraham Jose Shiera-Bastidas | § § | Judge Gray H. Miller |

## SCHEDULING ORDER

1. March 18, 2016 — All MOTIONS will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2. March 28, 2016 — RESPONSES to motions will be filed no later than this date.

3. April 11, 2016 — PROPOSED voir dire and charge due.

4. April 18, 2016 — OBJECTIONS to exhibits/witnesses due.

5. April 25, 2016 at 10:00 a.m. **DEFENDANT MUST BE PRESENT** — PRETRIAL CONFERENCE before Judge Gray H. Miller 515 Rusk, Courtroom 9D, Houston, Texas.

6. April 25, 2016 at 1:00 p.m. — JURY SELECTION and TRIAL is set on this date/time. Not later than five business days before this date each counsel will file and deliver to the Court's chambers, an exhibit list, copies of all documents and photographs to be offered as exhibits and witness list.

7. Estimated trial time    _____

Direct questions about this schedule to Rhonda Moore-Konieczny, Case Manager to United States District Judge Gray H. Miller, 713-250-5129, cm4141@txs.uscourts.gov.

SIGNED at Houston, Texas on    1-20-16

Assistant United States Attorney

Attorney for Defendant

United States Magistrate Judge

Defendant