United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § § § | CRIMINAL ACTION H-15-654-2 |
| ABRAHAM JOSE SHIERA-BASTIDAS *in custody* § | |

### Order

Defendant's unopposed motion to adjourn pretrial release hearing (Dkt. 38) is GRANTED. It is therefore ORDERED that the hearing on the defendant's Application for Pretrial Release pursuant to the Bail Reform Act of 1984, 18 U.S.C. § 3124 (the "Motion") currently scheduled for February 8, 2016 shall be deferred without prejudice. Defendant shall have the ability and right to seek to reschedule a hearing on the Motion at a future time.

Signed at Houston, Texas on February 5, 2016.

_____
Gray H. Miller
United States District Judge