United States District Court
Southern District of Texas
**ENTERED**
March 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-15-654-2 |
| § | |
| ABRAHAM JOSE SHIERA-BASTIDAS *in custody* § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts 1 & 6, a presentence report is ordered.

1. By **MAY 27, 2016** the initial presentence report must be disclosed to counsel.

2. By **JUNE 10, 2016** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **JUNE 24, 2016** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **JULY 8, 2016** at **10:15 a.m.**

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

    If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on March 21, 2016.

Gray H. Miller
United States District Judge

*Copies:* United States Probation
*AUSA ~ Jeremy Sanders/John Pearson*
*Defense Counsel ~ Daniel Fetterman*
*Defendant*