United States District Court
Southern District of Texas
**ENTERED**
November 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 15-654-2 |
| ABRAHAM JOSE SHIERA-BASTIDAS, | § § § | |
| Defendant. | § | |

## PRELIMINARY ORDER OF FORFEITURE ($978,939.23)

The Court has considered the United States Unopposed Motion for Preliminary Order of Forfeiture of $978,939.23 and has decided to GRANT the motion.

On March 22, 2016, Defendant Abraham Jose Shiera Bastidas pleaded guilty to Counts One and Six of the Indictment (Docket Entry 47). Count One charged Defendant with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371. Count Six charged Defendant with a violation of the FCPA, in violation of Title 15, United States Code, Section 78dd-2.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Counts One or Six. The United States also provided notice in

the Indictment (Docket No. 1 at ¶ 106(d)) that the following specific property was subject to forfeiture: Sunseeker Manhattan 73 Motor Yacht, Serial Number GB-XSK 05811 J213, co-owned by SHIERA (the "Yacht"). The United States represents that the yacht was sold and that $978,939.23 is in the custody of the United States, pending further forfeiture proceedings.

Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the record in this case, and the applicable law, the Court hereby ORDERS as follows:

1. It is ORDERED that the $978,939.23 is forfeited to the United States.

2. It is ORDERED that the United States shall publish notice of this Preliminary Order of Forfeiture and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than the defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

3. It is ORDERED that the Clerk of the Court shall forward two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office,

Attention: Assistant United States Attorney Kristine E. Rollinson, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

This Preliminary Order of Forfeiture will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 17th day of NOV. 2016.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE