United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 15-654-2 |
| § | |
| ABRAHAM JOSE SHIERA- § | |
| BASTIDAS, § | |
| Defendant. § | |

### ORDER IMPOSING MONEY JUDGMENT

Defendant Abraham Jose Shiera-Bastidas pleaded guilty to Counts One and Six of the Indictment. Count One charges Defendant with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371. Count Six charges Defendant with a violation of the FCPA, in violation of Title 15, United States Code, Section 78dd-2.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Counts One and Six. The United States also provided notice that it would seek a money judgment.

The Court finds that the factual basis of the Defendant's guilty plea supports the forfeiture of proceeds received by Defendant and his family members from

PDVSA contracts associated with bribe payments made by Defendant or his co-conspirators. The Defendant and the United States have agreed that the amount of the personal money judgment should be $18,824,797.67. The Defendant has consented, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately after entry of the order. The Defendant has also agreed that one or more of the conditions set forth in Title 21, United States Code, Section 853(p), exists.

Having considered the record and the applicable law, the Court ORDERS:

1. That Defendant Abraham Jose Shiera-Bastidas shall forfeit $18,824,797.67 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $18,824,797.67.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 5 day of Jan 2017.

_____
Gray H. Miller
United States District Judge