United States District Court
Southern District of Texas
**ENTERED**
August 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-16-254-1 |
| | § | |
| | § | |
| EVELYN MOKWUAH *on bond* | § | |

### Order

Defendant's unopposed motion to travel (Dkt. 107) is GRANTED. It is therefore ORDERED that defendant is permitted to travel to Denton, Texas from August 16 through August 19, 2018.

Signed at Houston, Texas on August 9, 2018.

Gray H. Miller
United States District Judge