UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| ABRAHAM JOSE SHIERA BASTIDAS *on bond* | § | CRIMINAL ACTION H-15-654-1 |
| ROBERTO ENRIQUE RINCON FERNANDEZ *on bond* | § | CRIMINAL ACTION H-15-654-2 |
| ALFONZO ELIEZER GRAVINA MUNOZ *on bond* | § | CRIMINAL ACTION H-15-637 |
| ALFONZO ELIEZER GRAVINA MUNOZ *on bond* | § | CRIMINAL ACTION H-18-670 |

## Order

The sentencings of the defendants are reset as follows:

1. The presentence investigation reports will be available to the defendants by June 25, 2019.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 9, 2019.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by July 23, 2019.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than NOON the Monday prior to sentencing to be considered.**

5. The sentencings will be held on July 31, 2019 at 9:30 a.m.

Signed at Houston, Texas on February 6, 2019.

Gray H. Miller
Senior United States District Judge