UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:15-654-2 |
| ABRAHAM JOSE SHIERA-BASTIDAS, | § § § | |
| Defendant. | § | |

CERTIFICATE OF SERVICE OF
<u>PRELIMINARY ORDERS OF FORFEITURE</u>

The undersigned certifies that in accordance with 21 U.S.C. § 853(n)(1), the United States sent Notice and a copy of the Preliminary Order of Forfeiture (Second) to each of the third parties listed below:

| Third Party | Document(s) Served | Method of Service and Date |
|---|---|---|
| Abraham Shiera's wife | POF ($978,939.23), Doc. 9; and POF (2d), Doc. 188 | Sent by FedEx on 09/22/2020 to residence (signed for on 09/23/2020) |
| Individual with initials CASG | POF (2d), Doc. 188 | Sent to personal email 09/28/2020; received response same day that no objection |
| Wife of individual with initials CASG | POF (2d), Doc. 188 | Sent to personal email 09/28/2020 |
| Tholla Enterprises Corp. | POF (2d), Doc. 188 | Emailed to attorney 09/28/2020. Service accepted by Ann St. Peter-Griffith at Kasowitz Benson Torres LLP |
| Glorius Assets Inc. | POF (2d), Doc. 188 | Emailed to attorney 09/28/2020. Service accepted by Ann St. Peter-Griffith at Kasowitz Benson Torres LLP |

| Freestar Investments Inc. | POF (2d), Doc. 188 | Emailed to attorney 09/28/2020. Service accepted by Ann St. Peter-Griffith at Kasowitz Benson Torres LLP |
|---|---|---|
| Harmony Ventures Ltd. | POF (2d), Doc. 188 | Emailed to attorney 09/28/2020. Service accepted by Ann St. Peter-Griffith at Kasowitz Benson Torres LLP |

As stated in the Notices, any claims were due to be filed on or before October 29, 2020. No claims have been filed.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:  s/Kristine E. Rollinson
Kristine E. Rollinson
SDTX Federal No. 16785
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
tel. (713) 567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was served on all parties of record via electronic court filing on November 16, 2020.

s/Kristine E. Rollinson
Kristine E. Rollinson