UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL NO. 4:15-654-2 |
| § | |
| ABRAHAM JOSE SHIERA- § | |
| BASTIDAS, § | |
| Defendant. § | |

## FINAL ORDER OF FORFEITURE (SECOND)

The Court has considered the United States' Unopposed Motion for Final Order of Forfeiture (Second) and has decided to grant the motion.

The Court signed a Preliminary Order of Forfeiture (Second) for $18,290,830.82 in property on September 3, 2020 (Doc. 188). The order is final as to the Defendant by consent in his Plea Agreement. FED.R.CRIM.P. 32.2(b)(4)(A). Potential third parties were served (Certificate of Service, Doc. 190). The Court takes notice that no third party has filed a petition claiming any of the forfeited property and that the time to file a petition has expired.

Notice of the forfeitures was published for at least 30 consecutive days (Doc. 189), and more than 60 days have passed since the first date of publication. The Court takes notice that no party has filed a timely third-party petition, and any third parties are barred from making a claim and can be held in default. 21 U.S.C. § 853(n)(7).

Upon consideration of the record in this case, and the applicable law, the Court hereby ORDERS as follows:

1. It is ORDERED that the $956,339.32 tendered by the Defendant to the United States is forfeited to the United States.

2. It is ORDERED that the $2,433,977.17 tendered by the Defendant to the United States is forfeited to the United States.

3. It is ORDERED that the $97,887.07 tendered by the Defendant to the United States is forfeited to the United States.

4. It is ORDERED that the $2,299,975.00 tendered by the Defendant to the United States is forfeited to the United States.

5. It is ORDERED that the $51,069.85 tendered by the Defendant to the United States is forfeited to the United States.

6. It is ORDERED that the $427,459.79 tendered by the Defendant to the United States is forfeited to the United States.

7. It is ORDERED that the $4,019,179.75 tendered to the United States from Mirabaud account x1305 held in the name of Tholla Enterprises Corp. is forfeited to the United States.

8. It is ORDERED that the $499,345.00 tendered to the United States from Credit Suisse account x3782, held in the name of Defendant, is forfeited to

the United States.

9. It is ORDERED that the $62,822.46 tendered to the United States from Credit Suisse accounts x7172 & 7175, held in the name of an individual with the initials CASG, is forfeited to the United States.

10. It is ORDERED that the $1,099,480.00 tendered to the United States from Credit Suisse account x0912, held in the name of Glorius Assets Inc., is forfeited to the United States.

11. It is ORDERED that the $5,311,846.36 tendered to the United States from Credit Suisse account x9392, held in the name of Freestar Investments Inc., is forfeited to the United States.

12. It is ORDERED that the $1,031,449.05 tendered to the United States from Credit Suisse account x9782, held in the name of Harmony Ventures Ltd., is forfeited to the United States.

13. It is ORDERED that all persons who could claim any right, title or interest in or to the property being forfeited in this Order are held in default.

14. It is ORDERED that the United States shall dispose of the forfeited property according to law.

15. It is ORDERED that the United States shall credit the $18,290,830.82 from the forfeiture of the property listed in this Final Order of Forfeiture against the money judgment entered against the Defendant. The money judgment is now SATISFIED.

THIS IS A FINAL ORDER OF FORFEITURE.

Signed in Houston, Texas, on the 18th day of November, 2020.

Gray H. Miller
Senior United States District Judge