United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-15-654-2** |
| | § | |
| **ABRAHAM JOSE SHIERA** | § | |
| **BASTIDAS,** | § | |
| | § | |
| **DEFENDANT** | § | |
| | § | |

### ORDER FOR CONTINUANCE

Having considered the Agreed Motion for Continuance filed by the

government, the Court concludes that the Motion should be GRANTED.

Accordingly, the Court ORDERS that sentencing in this matter be continued

until ~~December 15, 2021 at 1:15 p.m.~~  The associated deadlines are also continued: the

preparation of the initial Presentence Report is due on

November 10, 2021 , objections are due on November 24, 2021, and the final Presentence

Report is due on   December 8, 2021                       .

Signed in Houston, Texas on July 6, 2021.

_____

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE