United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:15−cr−00654 |
| | § | |
| Abraham Jose Shiera−Bastidas | § | |

## ORDER RESETTING SENTENCING

The sentencing of **Abraham Jose Shiera−Bastidas** is reset:

1. The presentence investigation report is to be disclosed by October 28, 2021.

2. Counsel will file objections or a statement of no objections by November 12, 2021.

3. The final presentence investigation report and addendum will be filed by November 26, 2021.

4. The sentencing hearing is reset to **December 2, 2021 at 10:45 AM**.

Signed on September 16, 2021, at Houston, TX
.

_____
Gray H. Miller
Senior United States District Judge