United States District Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-15-654-2 |
| § | |
| ABRAHAM JOSE SHIERA BASTIDAS § | |

## Order Resetting Sentencing

The Government filed an Agreed Motion for Continuance (DE 217)

The Court finds that the ends of justice are served by granting this continuance. The Motion for Continuance is GRANTED. The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendants by January 26, 2022.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by February 9, 2022.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by February 23, 2022.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on March 2, 2022 at 10:00 a.m.

Signed at Houston, Texas on November 15, 2021.

_____
Gray H. Miller
Senior United States District Judge