United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CRIMINAL ACTION H-15-654-2 |
| § § § | |
| ABRAHAM JOSE SHIERA-BASTIDAS § | |

## Order Resetting Sentencing

The defendant filed an Unopposed Motion for Continuance (Dkt. Entry No. 234)

The Court finds that the ends of justice are served by granting this continuance. The Motion for Continuance is GRANTED. The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendants by March 23, 2022.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by April 6, 2022.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by April 20, 2022.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on April 27, 2022 at 2:00 p.m.

Signed at Houston, Texas on February 22, 2022.

_____
Gray H. Miller
Senior United States District Judge