# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Criminal No. 4:15−cr−00654 |
| Abraham Jose Shiera−Bastidas § | |

## ORDER RESETTING SENTENCING

The sentencing of **Abraham Jose Shiera−Bastidas** is reset:

1. The presentence investigation report is to be disclosed by March 23, 2022.

2. Counsel will file objections or a statement of no objections by April 4, 2022.

3. The final presentence investigation report and addendum will be filed by April 14, 2022.

4. The sentencing hearing is reset to **April 21, 2022 at 12:00 PM**.

Signed on March 23, 2022, at Houston, TX
.

_____
Gray H. Miller
Senior United States District Judge

(Copy: U.S. Probation Officer J. Garcia)