United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Cr. No. H-15-654-2

ABRAHAM JOSE SHIERA-BASTIDAS

## O R D E R

It is ordered that objections to the PSR are due on May 4, 2022. Final presentence report with addendum due May 18, 2022. The sentencing is reset for May 25, 2022 at 10:45 a.m. in Courtroom 9-D.

SIGNED on this the 4th day of April, 2022.

_____
Gray H. Miller
Senior United States District Judge