UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 4:15-cr-654 |
| | § | |
| RINCON-FERNANDEZ ET AL | § | |
| | § | |
| | § | |

### AFFIDAVIT OF MARIHUG P. CEDEÑO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Marihug P. Cedeño, make this affidavit in support of the motion for my admission *pro hac vice* to appear and practice in this Court in the above-captioned matter as counsel for the United States pursuant to Local Rule 83.1.K and Local Criminal Rule 57.3 of United States District Court for the Southern District of Texas and this Court's Procedure 5.E concerning *pro hac vice* admissions.

I, Marihug P. Cedeño, being duly sworn, do hereby depose and say as follows:

1. I am a Trial Attorney with the Fraud Section of the Criminal Division of the U.S. Department of Justice.

2. My business address is 1400 New York Avenue, N.W., Washington, D.C. 20005.

3. I am a member in good standing of the bar of the State of New York.

4. My New York bar registration number is 5257852.

5. I attest that I have not been the subject of disciplinary proceedings or sanction by any bar association or court.

6. I attest that I have read and familiarized myself with the Local Rules for the United States District Court for the Southern District of Texas and this Court's Procedures.

1

7. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/11/2022

Marihug P. Cedeño
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

Dated: 10/11/2022

Notary Public