United States District Court
Southern District of Texas
**ENTERED**
November 07, 2022
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA § SOUTHERN DISTRICT OF TEXAS
§ HOUSTON DIVISION
§
§
Versus §
§
**ABRAHAM JOSE SHIERA-BASTIDAS** CRIMINAL CASE: 4:15CR654-2

## ORDER TO SURRENDER

The defendant, **ABRAHAM JOSE SHIERA-BASTIDAS #08915-104**

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, November 29, 2022,** by 2:00 pm to:

FCI MIAMI
15801 S.W. 137TH AVENUE
MIAMI, FL 33177
305-259-2100

Signed on ___November 7_____, 2022

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE