United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:15-CR-654-2 |
| | § | |
| | § | |
| ABRAHAM JOSE SHIERA-BASTIDAS | § | |
| | § | |

## ORDER ON SURRENDER DATE

Came on for consideration the Unopposed Motion to Further Enlarge the Surrender Date of defendant, Abraham Jose Sheira-Bastidas (#08915-104) (Dkt. No. 297) by 45 days from January 13, 2023 (Dkt. 291) to February 27, 2023 by 2:00 p.m. Having considered the Motion, the Court finds that the Motion should be GRANTED. It is therefore:

ORDERED that the deadline for defendant, Abraham Jose Sheira-Bastidas to surrender is hereby extended to Monday, February 27, 2023 by 2:00 pm.

Signed on January 6, 2023

.

_____
HON. GRAY H. MILLER
UNITED STATES DISTRICT JUDGE