UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:2015-cr-00654 |
| § | ALL DEFENDANTS |
| RINCON-FERNANDEZ ET AL. § | |
| § | |

## WITHDRAWAL OF APPEARANCE

Please take notice that Trial Attorney Marihug Cedeño hereby withdraws her appearance in this matter.

Respectfully submitted,

GLENN S. LEON
CHIEF
Fraud Section
Criminal Division
United States Department of Justice

*/s/ Marihug P. Cedeño*
MARIHUG P. CEDEÑO
TRIAL ATTORNEY

Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.   20530
Tel:   (202) 558-8556

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing motion with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record.

                                                        */s/ Marihug P. Cedeño*
                                                        Marihug P. Cedeño
                                                        Trial Attorney