United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  |
| VS. | § CRIMINAL CASE: 4:15-CR-00654-2 § § |
| ABRAHAM JOSE SHIERA-BASTIDAS | § |

### ORDER TO SURRENDER

The defendant, **Abraham Jose Shiera-Bastidas USMS # 08915-104**

having been sentenced to the custody of the Bureau of Prisons, is ORDERED to

surrender on **Friday, May 1st, 2026 by 2:00 p.m.** to:

FCI MIAMI
15801 SW 137TH AVE
MIAMI, FL 33177
305-259-2100

SO ORDERED on February 4th, 2026 in Houston, Texas.

Kenneth M. Hoyt
United States District Judge